...

Case 04-42188   Doc 54   Filed 06/29/06   Entered 06/29/06 10:33:03   Desc   Page 1 of 2

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 04 B 42188
  NANCY A ZINSER
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-4327
```

---

                    TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/12/04 and confirmed on 04/01/05.

    2.  The case was converted to Chapter 7 after confirmation, 03/09/2006.

    3.  The Debtor paid a total of $   6735.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN NATL BK OF DEKA | NOTICE ONLY | NOT FILED | .00 | .00 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE DELAWARE NA | UNSECURED | 3050.83 | .00 | 295.88 |
| DISCOVER BANK | UNSECURED | 7456.61 | .00 | 723.17 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 423.49 | .00 | 41.07 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 18789.88 | .00 | 1822.32 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1987.65 | .00 | 192.77 |
| LERNERS | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| CADLEROCK LLC | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2730.72 | .00 | 264.84 |
| SHERMAN ACQUISITION LTD | UNSECURED | 690.36 | .00 | 66.96 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3113.97 | .00 | 302.00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2160.31 | .00 | 209.52 |

        Summary of disbursements:

```
                       SECURED      PRIORITY    UNSECURED          OTHER          TOTAL
------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00           .00     40403.82            .00       40403.82
PRINCIPAL PAID             .00           .00      3918.53            .00        3918.53
INTEREST PAID              .00           .00          .00            .00            .00
TOTAL PAID                 .00           .00      3918.53            .00        3918.53
```

The Debtor's attorney, GREENBERG & ASSOC              , was allowed $   2700.00
and was paid $    160.00  direct and $   2540.00  through the plan.

The Trustee received $    276.47 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/28/06                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 42188 NANCY A ZINSER