**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>ZINSER, NANCY<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04B-42188 JS<br><br>JUDGE JOHN SQUIRES |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
       BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 3/9/06. The Trustee was appointed on 3/9/06. An order for relief under Chapter 7 was entered on 03/09/06.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of 6/27/07 is as follows:

|  |  |  |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 8,535.25 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 6.56 |
| c. NET CASH available for distribution | $ | 8,528.69 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
|    1. Trustee compensation requested (See Exhibit E) | $ | 1,603.53 |
|    2. Trustee Expenses (See Exhibit E) | $ | 90.00 |
|    3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 7,883.76 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | 0.00 |

5. The Bar Date for filing unsecured claims expired on 11/29/06.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|  |  |  |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 9,577.29 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 39,766.16 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $7,883.76 . The total of Chapter 7 professional fees and expenses requested for final allowance is $9,577.29. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $2,700.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  6/27/07                                             RESPECTFULLY SUBMITTED,


                                                            By:/s/David E. Grochocinski
                                                               DAVID GROCHOCINSKI, TRUSTEE
                                                               1900 RAVINIA PLACE
                                                               ORLAND PARK, IL  60462
                                                               Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL 60462


Invoice submitted to:
Zinser, Nancy


June 26, 2007


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/19/2006 | DEG | Letter to Bode regarding need for market analysis of reale state | 0.20 350.00/hr | 70.00 |
| 4/22/2006 | DEG | Order tract search | 0.20 350.00/hr | 70.00 |
| 4/26/2006 | DEG | Receipt and review of tract search | 0.50 350.00/hr | 175.00 |
| 5/16/2006 | DEG | Telephone conference with Bode regarding real estate | 0.20 350.00/hr | 70.00 |
| 5/17/2006 | DEG | Facsimile letter to H. Bode with proposed application to employ as broker | 0.50 350.00/hr | 175.00 |
| 5/24/2006 | DEG | Prepared to employ broker; order; file with court | 1.50 350.00/hr | 525.00 |
| 5/25/2006 | DEG | Receipt and review of motion to compel abandonment of asset by Trustee from Greenberg's office | 0.50 350.00/hr | 175.00 |
| 7/6/2006 | DEG | Facsimile letter to H. Bode with order authorizing employment as broker; executed addendum to listing agreement | 0.50 350.00/hr | 175.00 |
|  | DEG | Facsimile letter to Lawrence Bromden regarding sale of real estate; value at $270,000.00 per broker | 0.30 350.00/hr | 105.00 |
| 7/18/2006 | DEG | Facsimile letter to Bode regarding need to list property | 0.20 350.00/hr | 70.00 |
| 8/14/2006 | DEG | Email from Greenberg; offer $7,500 settlement | 0.20 350.00/hr | 70.00 |
| 8/25/2006 | DEG | Email to Greenberg regarding settlement/sale motion set for 9/1/06; ok to send settlement funds | 0.20 350.00/hr | 70.00 |
| 8/29/2006 | DEG | Prepared initial report of assets; bar date set for 11/29/06 | 0.20 350.00/hr | 70.00 |

Exhibit A

Zinser, Nancy                                                                                           Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/11/2006 | DEG | Letter to Greenberg regarding order authorizing settlement and compromise for $7,500.00; forward same to Trustee | 0.20<br>350.00/hr | 70.00 |
| 10/5/2006 | DEG | Email from Zinser; regarding check | 0.10<br>350.00/hr | 35.00 |
|  | DEG | Email to Greenberg regarding check; not received to date; may have to reissue | 0.10<br>350.00/hr | 35.00 |
|  | DEG | Email to Greenberg regarding settlement funds still not received; if no funds by 10/13/06 will go to court to sell property | 0.20<br>350.00/hr | 70.00 |
| 11/14/2006 | DEG | Review of claims docket | 0.80<br>350.00/hr | 280.00 |
| 12/5/2006 | DEG | Facsimile letter to Laura Wardinski to withdraw claim of Homecomings | 0.30<br>350.00/hr | 105.00 |
| 12/6/2006 | DEG | Email to Greenberg regarding DIP report; needs to be filed to close case | 0.20<br>350.00/hr | 70.00 |
|  | DEG | Letter to attorney regarding 1019(a)(b) report | 0.20<br>350.00/hr | 70.00 |
| 12/13/2006 | DEG | Email to Greenberg regarding value of astro van | 0.20<br>350.00/hr | 70.00 |
| 1/4/2007 | DEG | Receipt and review of DIP report | 0.20<br>350.00/hr | 70.00 |
|  | DEG | Email from Greenberg regarding worth of van | 0.20<br>350.00/hr | 70.00 |
| 3/22/2007 | DEG | Prepare letter to attorney for Homecomings Financial regarding withdrawal of secured claims | 0.50<br>350.00/hr | 175.00 |
| 4/24/2007 | DEG | Letter to accountant with copy of order authorizing employment and necessary documentation to prepare tax returns | 0.80<br>350.00/hr | 280.00 |
| 6/10/2007 | DEG | Receipt and review of tax returns and invoice from accountant | 0.80<br>350.00/hr | 280.00 |
| 6/14/2007 | DEG | Prepared letter to 505(b) letters to IRS | 0.80<br>350.00/hr | 280.00 |
| 6/26/2007 | DEG | Prepared final report | 2.80<br>350.00/hr | 980.00 |
|  | SUBTOTAL: |  | [   13.60 | 4,760.00] |
|  | For professional services rendered |  | 13.60 | $4,760.00 |

## TRUSTEE COSTS

1)     **Property Insight, LLC**                                      **$90.00**

# EXHIBIT B

# DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 8,535.25 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 2,520.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 04B-42188 JS  
**Case Name:** ZINSER, NANCY  

**Period Ending:** 06/26/07  

**Trustee:** (520067)  DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 03/09/06 (c)  
**§341(a) Meeting Date:** 04/11/06  
**Claims Bar Date:** 11/29/06  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1/2 INTEREST IN 3N 262 TIMBERLINE, WEST CHICAGO | 260,000.00 | 260,000.00 | | 7,500.00 | FA |
| 2 | CASH | 20.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING | 100.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | BOOKS, ETC. | 20.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 2000 CHEVROLET ASTRO | 10,000.00 | 9,120.00 | | 1,000.00 | FA |
| 8 | 2003 NUWA HITCHHIKER | 35,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 35.25 | Unknown |
| 9 | **Assets** **Totals** (Excluding unknown values) | **$306,640.00** | **$269,120.00** | | **$8,535.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

    SETTLMENT OF TURNOVER OF AUTO PENDING

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 04B-42188 JS | Trustee: | (520067) DAVID GROCHOCINSKI, TRUSTEE |
|---|---|---|---|
| Case Name: | ZINSER, NANCY | Filed (f) or Converted (c): | 03/09/06 (c) |
| | | §341(a) Meeting Date: | 04/11/06 |
| Period Ending: | 06/26/07 | Claims Bar Date: | 11/29/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 30, 2007   **Current Projected Date Of Final Report (TFR):** December 30, 2007

Printed: 06/26/2007 01:56 PM    V.9.02

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 04B-42188 JS  
**Case Name:** ZINSER, NANCY  

**Taxpayer ID #:** 13-7543558  
**Period Ending:** 06/26/07  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*13-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/11/06 | {1} | LAWRENCE ZINSER | SETTLEMENT PER ORDER OF 9/1/06 | 1149-000 | 7,500.00 | | 7,500.00 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.62 | | 7,502.62 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.93 | | 7,507.55 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.77 | | 7,512.32 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.00 | | 7,517.32 |
| 02/12/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #04B-42188, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 6.56 | 7,510.76 |
| 02/14/07 | {7} | NANCY ZINSER | SETTLEMENT PAYMENT PER ORDER OF 2/16/07 | 1141-000 | 1,000.00 | | 8,510.76 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.99 | | 8,514.75 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.54 | | 8,519.29 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.70 | | 8,523.99 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.70 | | 8,528.69 |
| | | | **ACCOUNT TOTALS** | | 8,535.25 | 6.56 | **$8,528.69** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **8,535.25** | **6.56** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,535.25** | **$6.56** | |

{} Asset reference(s)

Printed: 06/26/2007 01:56 PM    V.9.02

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 04B-42188 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | ZINSER, NANCY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****13-66 - Checking Account |
| Taxpayer ID #: | 13-7543558 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/26/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | {Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

```
Net Receipts :        8,535.25
                    _____
Net Estate :         $8,535.25
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****13-65** | 8,535.25 | 6.56 | 8,528.69 |
| **Checking # ***-*****13-66** | 0.00 | 0.00 | 0.00 |
| | **$8,535.25** | **$6.56** | **$8,528.69** |

{} Asset reference(s)          Printed: 06/26/2007 01:56 PM     V.9.02

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>ZINSER, NANCY<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04B-42188 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

    I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 8,528.69 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 8,528.69 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                                         **PAGE 1**

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| Secured Claims | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 9,577.29 | 89.05% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | | 1,603.53 | 1,427.96 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | | 90.00 | 80.15 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | | 116.26 | 103.53 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | | 6,582.50 | 5,861.79 |
| ADMIN5 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | | 1,185.00 | 1,055.26 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL            $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL            $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL            $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL            $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |

|  |  | TOTAL |  | $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony |  | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  |  | TOTAL   $   0.00 |  |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: |  | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  |  | TOTAL   $   0.00 |  |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties |  | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  |  | TOTAL   $   0.00 |  |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. |  | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  |  | TOTAL   $   0.00 |  |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 39,766.16 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | ECAST SETTLEMENT CORPORATION | 2,730.72 | 0.00 |
| 002 | DISCOVER BANK | 7,456.61 | 0.00 |
| 003 | BANK ONE | 2,413.17 | 0.00 |
| 005 | KOHL'S DEPT. STORE | 423.49 | 0.00 |
| 006 | E CAST SETTLEMENT CORP. | 2,160.31 | 0.00 |
| 007 | ECAST SETTLEMENT CORP. | 18,789.88 | 0.00 |
| 008 | ECAST SETTLEMENT CORP. | 1,987.65 | 0.00 |
| 009 | SHERMAN ACQUISITION LP | 690.36 | 0.00 |
| 010 | ECAST SETTLEMENT CORP | 3,113.97 | 0.00 |
| | | TOTAL $ | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 004 | CADLEROCK LLC<br>100 N CENTER STREET<br>NEWTON FALLS, OH  44444- | $ 34,565.28 | Disallowed |
| Secured | 011 | HOMECOMINGS FINANCIAL NETWORK<br>C/O KROPIK PAPUGA & SHAW<br>120 S. LASALLE STREET, SUITE 1327<br>CHICAGO, IL  60603- | $ 214,597.16 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____     _____
                                                                    DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 103.53 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 5,861.79 | |
| | | | 5,965.32 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,055.26 | |
| | | | 1,055.26 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| | | | |
| TOTALS | $ 0.00 | $ 7,020.58 | $ 7,020.58 |