**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>ZINSER, NANCY<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04B-42188 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:  U.S. BANKRUPTCY COURT
        DUPAGE COUNTY COURTHOUSE
        505 N. COUNTY FARM ROAD, ROOM 2000
        WHEATON, ILLINOIS 60187

   On:  **October 12, 2007**
   At:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                  $        8,535.25

   b. Disbursements                             $            6.56

   c. Net Cash Available for Distribution       $        8,528.69

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 0.00 | $1,603.53 | |

| | | |
|---|---|---|
| (Trustee Fees) | | |
| DAVID GROCHOCINSKI, TRUSTEE | 0.00 | $90.00 |
| (Trustee Expenses) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 0.00 | $116.26 |
| (Trustee's Firm Legal Expenses) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 0.00 | $6,582.50 |
| (Trustee's Firm Legal Fees) | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 0.00 | $1,185.00 |
| (Trustee's Accountant Fees) | | |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $39,766.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | ECAST SETTLEMENT CORPORATION | $ 2,730.72 | $ 0.00 |
| 002 | DISCOVER BANK | $ 7,456.61 | $ 0.00 |
| 003 | BANK ONE | $ 2,413.17 | $ 0.00 |
| 005 | KOHL'S DEPT. STORE | $ 423.49 | $ 0.00 |
| 006 | E CAST SETTLEMENT CORP. | $ 2,160.31 | $ 0.00 |
| 007 | ECAST SETTLEMENT CORP. | $ 18,789.88 | $ 0.00 |
| 008 | ECAST SETTLEMENT CORP. | $ 1,987.65 | $ 0.00 |
| 009 | SHERMAN ACQUISITION LP | $ 690.36 | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 010 | ECAST SETTLEMENT CORP | $ | 3,113.97 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: NONE

Dated: **September 13, 2007**  For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 CASE |
| ZINSER, NANCY | | |
| | | CASE NO. 04B-42188 JS |
| | | JUDGE JOHN SQUIRES |
| | Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 1,603.53 |
| 2. | Trustee's expenses | $ | 90.00 |
| | TOTAL | $ | 1,693.53 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 6,582.50 |
| | b. Expenses | $ | 116.26 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 1,185.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

**EXHIBIT G**

      d. Chapter 11 Expenses        $<u>          0.00</u>

3.    Other Professionals

                                 TOTAL      $<u>      7,883.76</u>

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200___.

                              ENTERED _____
                                          JOHN SQUIRES
                                          UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2188   Doc 98   Filed 09/13/07   Entered 09/15/07 23:42:46   Desc Imaged
Certificate of Service   Page 6 of 7

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7             Page 1 of 2             Date Rcvd: Sep 13, 2007
Case: 04-42188                Form ID: pdf002         Total Served: 35


The following entities were served by first class mail on Sep 15, 2007.
db           +Nancy A Zinser,   3 N 262 Timberline Drive,   West Chicago, IL 60185-1328
aty          +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
aty          +Lorraine M Greenberg,   Lorraine Greenberg & Associates LLC,   20 E Jackson Blvd,   Suite 800,
               Chicago, IL 60604-2208
aty          +Saulius V Modestas,   Lorraine Greenberg & Associates LLC,   20 East Jackson Blvd,   Suite 800,
               Chicago, IL 60604-2208
aty          +Vikram R Barad,   Lorraine Greenberg & Associates, L.L.C.,   20 East Jackson Boulevard Suite 800,
               Chicago, IL 60604-2208
tr           +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
8682435      +Am Ntl Bk-Dekalb Cty,   124 S. Main Street,   Sycamore, IL 60178-1822
8737852       Bank One,   Circuit City Visa Co-Brand Classic,   PO Box 1000018,   Kennesaw, GA 30156
8682436      +Bank One,   Po Box 901008,   Fort Worth, TX 76101-2008
8799756      +CadleRock LLC,   100 N Center Street,   Newton Falls, OH 44444-1321
8682437      +Cbusasears,   P.O. Box 6189,   Sioux Falls, SD 57117-6189
8682438      +Cc Visa,   225 Chastain Meadows Ct,   Kennesaw, GA 30144-5841
8682440      +Fcnb/Spiegl/Ebaur/Nwpt,   9300 Sw Gemini Dr,   Beaverton, OR 97078-0001
8682441      +First Usa Bank,   Fcc Natl Bk 300 King St,   Wilmington, DE 19801-2524
8682442       Hhld Bank,   Po Box 98706,   Las Vegas, NV 89193
8682443      +Home Savings Of America,   23861 El Toro Rd,   Lake Forest, CA 92630-4732
10716078     +Homecomings Financial Network,   C/O Kropik, Papuga & Shaw,   120 South La Salle Street,
               Suite 1327,   Chicago, Illinois 60603-3582
8682444       Household Bank,   Pob 98706,   Las Vegas, NV 89193
8682445      +Kohl's Department Store,   Po Box 740933,   Dallas, TX 75374-0933
8682446      +Mbga/Jc Penney,   Po Box 981131,   El Paso, TX 79998-1131
8682447      +Mbna America Bank Na,   Pob 17054,   Wilmington, DE 19884-0001
8682448      +Wal-Mart/Mbga,   Po Box 103027,   Roswell, GA 30076-9027
8682449      +Wfnnb/Lerner,   Po Box 182121,   Columbus, OH 43218-2121
8682450      +Wfnnb/Limited Too,   555 W 112 Ave,   Northglenn, CO 80234-3022
8682451      +Wfnnb/Newport News,   995 W 122nd Ave,   Westminster, CO 80234-3417
8971524       eCAST Settlement Corporation, assignee of,   General Electric//WAL-MART CONSUMER,
               P.O. Box 35480,   Newark, NJ  07193-5480
8950352       eCAST Settlement Corporation, assignee of,   MBNA America Bank, N.A.,   P.O. Box 35480,
               Newark, NJ  07193-5480
9011494       eCAST Settlement Corporation, assignee of,   Chase Manhattan Bank USA, NA,   P.O. Box 35480,
               Newark, NJ  07193-5480
8913310      +eCast Settlement Corporation,   assignee of Household Bank (Menards),   PO Box 7247-6971,
               Philadelphia, PA 19170-0001
8728579      +eCast Settlement Corporation,   Po Box 35480,   Newark, NJ 07193-5480

The following entities were served by electronic transmission on Sep 14, 2007.
8737830       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2007 03:00:02      Discover Bank,
               Discover Financial Services,   Po Box 8003,   Hilliard, OH 43026
8682439       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2007 03:00:02      Discover Financial Svc,
               Po Box 15316,   Wilmington, DE 19850
8682447      +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Sep 14 2007 02:36:24
               Mbna America Bank Na,   Pob 17054,   Wilmington, DE 19884-0001
8975220      +E-mail/Text: resurgentbknotifications@resurgent.com
               Sherman Acquisition LP its successors and assigns,   as assignee of Citibank USA NA,
               Resurgent Capital Services,   Po Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Sep 13, 2007
Case: 04-42188                Form ID: pdf002          Total Served: 35

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2007**                    **Signature:**   *Joseph Speetjens*